# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# CENTRAL DIVISION

UNITED STATES OF AMERICA             PLAINTIFF

v.        No. 4:18-cr-402-DPM-2

LASETTE DESEAN MCDOUGAL            DEFENDANT

## ORDER

Motion, *Doc. 82*, granted. The Superseding Indictment is dismissed without prejudice as to Lasette Desean McDougal.

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

14 October 2020